IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 14-1290 |
| ) | Judge Nora Barry Fischer |
| PENNSYLVANIA HUMAN RELATIONS ) | |
| COMMISSION, JOSEPH RETORT, ADAM ) | |
| STALCZYNSKI, ) | |
| ) | |
| Defendants. | |

## JUDGMENT

AND NOW, this 21st day of November, 2016, the Court having granted the Motion for Summary Judgment filed by Defendants the Pennsylvania Human Relations Commission ("PHRC"), Joseph Retort, and Adam Stalczynski [52],

IT IS HEREBY ORDERED that JUDGMENT is entered in favor of Defendants the Pennsylvania Human Relations Commission ("PHRC"), Joseph Retort, and Adam Stalczynski as to Counts II and IV of Plaintiff Cheryl Williams' Amended Complaint.

IT IS FURTHER ORDERED that as there are no remaining claims in this action, the Clerk of Court shall mark this case CLOSED.

<i>s/Nora Barry Fischer</i><br>
Nora Barry Fischer<br>
United States District Judge

cc/ecf: All counsel of record.